AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MAMIE BARR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-02251-ABJ |
| MIDLAND FUNDING, LLC; LVNV FUNDING, LLC; and RESURGENT CAPITAL SERVICES | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Resurgent Capital Services
55 Beattie Pl #110
Greenville, SC 29601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Courtney L. Weiner
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K St., NW Suite 300
Washington, DC 20006
(202) 827-9980
Email: cw@courtneyweinerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 11/15/2016

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MAMIE BARR | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-02251-ABJ |
| MIDLAND FUNDING, LLC; LVNV FUNDING, LLC; and RESURGENT CAPITAL SERVICES | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LVNV Funding, LLC
625 Pilot Rd Ste 3
Las Vegas, NV 89119-4485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Courtney L. Weiner
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K St., NW Suite 300
Washington, DC 20006
(202) 827-9980
Email: cw@courtneyweinerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   11/15/2016         /s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MAMIE BARR | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-02251-ABJ |
| MIDLAND FUNDING, LLC; LVNV FUNDING, LLC; and RESURGENT CAPITAL SERVICES | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Midland Funding, LLC
2365 Northside Drive
San Diego, CA 92108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Courtney L. Weiner
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K St., NW Suite 300
Washington, DC 20006
(202) 827-9980
Email: cw@courtneyweinerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/15/2016                                                   /s/ Simone Bledsoe
                                                                              *Signature of Clerk or Deputy Clerk*