# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Mamie Barr,** | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Midland Funding, LLC, LVNV Funding, LLC, and Resurgent Capital Services, L.P.,** | ) Case No. 1:16-CV-02251 |
| | ) |
|    **Defendants.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mamie Barr and Defendants Midland Funding, LLC, LVNV Funding, LLC, and Resurgent Capital Services, L.P. jointly stipulate and agree that this action may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 22nd day of May, 2017.

*/s/ Courtney L. Weiner (with permission)*
Courtney L. Weiner (#992797)
Law Office of Courtney Weiner PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980

Tommy Andrews, Jr. (#453695)
Tommy Andrews, Jr., P.C.
122 N. Alfred Street
Alexandria, VA 22314
Telephone: (703) 838-9004

*Attorneys for Mamie Barr*

*/s/ James A. Byram, Jr.*
James A. Byram, Jr. (AL0001)
Balch & Bingham LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

*Attorney for Midland Funding, LLC*
.
*/s/ Syed M. Reza (with permission)*
Syed M. Reza (#985270)
Troutman Sanders LLP
1850 Towers Crescent Plaza
Suite 500
Tysons Corner, VA 22182
Telephone:  (703) 734-4351

*Attorney for LVNV Funding, LLC and Resurgent Capital Services, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2017, the above and foregoing was served via the CM/ECF electronic filing system on the following:

Courtney L. Weiner (#992797)
Law Office of Courtney Weiner PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
PH: 202-827-9980
cw@courtneyweinerlaw.com

Tommy Andrews, Jr. (#453695)
Tommy Andrews, Jr., P.C.
122 N. Alfred Street
Alexandria, VA 22314
PH: 703-838-9004
tandrews@andrewslaw.net

Syed M. Reza
Troutman Sanders LLP
1850 Towers Crescent Plaza
Suite 500
Tysons Corner, VA 22182
PH: 703-734-4351

*/s/ James A. Byram, Jr.*
Of Counsel